## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CSX TRANSPORTATION, INC.,

    Plaintiff,

v.                                                 Case No. 3:23-cv-261-BJD-LLL

BROTHERHOOD OF
MAINTENANCE OF WAY
EMPLOYES DIVISION OF
INTERNATIONAL
BROTHERHOOD OF
TEAMSTERS, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal without Prejudice (Doc. 23; Stipulation) filed on March 15, 2023. In the Stipulation, the parties state that they agree to the dismissal of this case without prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. Each party shall bear its own costs and fees.

3. The Clerk of Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of March 2023.

                                              BRIAN J. DAVIS
                                     United States District Judge

cs
Copies furnished to:

Counsel of Record